**FILED**

IN THE UNITED STATES DISTRICT COURT FOR

AUG 2 9 2005

THE NORTHERN  DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. 05-001 06-01 JW |
| ) | |
| Plaintiff, ) | (PROPOSED) ORDER MODIFYING |
| ) | CONDITION OF PRETRIAL RELEASE |
| vs. ) | |
| ) | |
| LINSEY ANN CROSS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the above Stipulation, the Court orders that the conditions of Ms. Cross's release may be temporarily modified to permit travel out of the Northern District of California to southern California from September 1, 2005 to September 5, 2005.

IT IS SO ORDERED.

Dated: 8/29/05

U.S District Judge
Magistrate Judge