NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-00106 JW |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| Linsey Ann Cross, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

____  Presentence Report

____  Plea Agreement

____  _____
        (Other)

1 | Dated: 9/27/05
2 | JAMES WARE
United States District Judge

28 | 2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

UNITED STATES PROBATION
UNITED STATES PRETRIAL SERVICES
UNITED STATES ATTORNEY'S OFFICE

| | |
|---|---|
| **Dated: 9/27/05** | **Richard W. Wieking, Clerk** |
| | By:_/s/_____ |
| | **Ronald L. Davis**<br>**Courtroom Deputy** |